**MANDATE**

01-CR-264
Covello

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 21st day of June, two thousand and five.

Before:   Hon. Robert D. Sack,
          Hon. Reena Raggi,
              *Circuit Judges**

Docket Nos. 03-1291(L), 03-1300(XAP)

UNITED STATES OF AMERICA,

                *Appellant, cross-Appellee,*

v.

JOHN CANOVA,

                *Defendant-Appellee, Cross-Appellant.*

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in part and REMANDED in part in accordance with the opinion of this court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by _____
Arthur M. Heller
Motions Staff Attorney

ISSUED AS MANDATE: SEP 23 2005

---

\* The Honorable Ellsworth Van Graafeiland, who was a member of this panel and voted with the majority, passed away following argument in this case. This appeal is being decided by the two remaining members of the panel, who are in agreement. See Local Rule § 0.14(b).