| Tech | Pt. Last Name | Test Date | DEMAND (Seconds) | MAGNET (Seconds) | DAM (Seconds) | Notes |
|---|---|---|---|---|---|---|
| Auguste, Maggie | Desormo | 3/28/2000 | 52.0 | 30.0 | 21.0 | Moved to Demand - 23 sec DAM |
| Benain, Iralyn | Marschat | 11/15/1999 | 33.0 | 44.0 | 33.0 | |
| Berkowitz, Ira | Danewood | 3/13/2000 | 22.0 | 30.0 | 19.0 | |
| Berkowitz, Ira | Brown | 3/27/2000 | 32.0 | 30.0 | 30.0 | |
| Berry, Angela | Treffrey | 10/13/1999 | 33.0 | 33.0 | 26.0 | |
| Berry, Angela | Kaplan | 10/16/1999 | 63.0 | 49.0 | 29.0 | |
| Berry, Angela | Crow | 11/17/1999 | 25.0 | 42.0 | 25.0 | |
| Boodram, Beverly | Dossman | 10/4/1999 | 32.0 | 0.0 | 0.0 | 1st Test Contraindicated |
| Boodram, Beverly | Gonet | 10/18/1999 | 34.0 | 34.0 | 31.0 | |
| Caridi, Dom | Diep | 10/5/1999 | 48.0 | 30.0 | 0.0 | Moved to Demand - 21 sec DAM |
| Caridi, Dom | Barker | 11/10/1999 | 40.0 | 51.0 | 40.0 | |
| Caridi, Dom | Johnson | 11/11/1999 | 32.0 | 64.0 | 10.0 | DAM left in Magnet |
| Caridi, Dom | Shaver | 11/23/1999 | 61.0 | 0.0 | 0.0 | Magnet contraindicated |
| Cash, Charelene | Musco | 10/12/1999 | 48.0 | 42.0 | 45.0 | |
| Cash, Charlene | Davis | 2/10/2000 | 12.0 | 44.0 | 30.0 | |
| Cash, Charlene | Coker | 2/10/2000 | 25.0 | 73.0 | 13.0 | |
| Coisman, Jean | Love | 11/15/1999 | 58.0 | 48.0 | 16.0 | Moved to Demand - 15 sec DAM |
| Coisman, Jean | Porterfield | 2/24/2000 | 30.0 | 33.0 | 15.0 | |
| Collington, Tim | Powers | 10/4/1999 | 64.0 | 56.0 | 37.0 | |
| Collington, Tim | Johnson | 10/12/1999 | 35.0 | 51.0 | 36.0 | |
| Collington, Tim | Nance | 10/19/1999 | 25.0 | 35.0 | 29.0 | |
| Cosiman, Jean | Beckmann | 10/19/1999 | 24.0 | 35.0 | 34.0 | |
| Coty, Emmanuel | Ervin | 10/5/1999 | 65.0 | 87.0 | 13.0 | Moved to Demand - 22 sec DAM |
| Daisy, Latanya | Coleman | 10/11/1999 | 24.0 | 43.0 | 37.0 | 20 sec. DAM in Magnet |
| Daisy, Latanya | Atkinson | 11/16/1999 | 30.0 | 55.0 | 15.0 | |
| Daisy, Latanya | Campbell | 3/8/2000 | 29.0 | 75.0 | 20.0 | |
| DaSilva, Luisa | Smith | 11/10/1999 | 58.0 | 57.0 | 0.0 | |
| DaSilva, Luisa | Franklin | 3/8/2000 | 39.0 | 29.0 | 0.0 | |
| DaSilva, Luisa | Coker | 3/9/2000 | 33.0 | 34.0 | 0.0 | |
| Dent, Tonya | Wallace | 10/12/1999 | 39.0 | 81.0 | 20.0 | |
| Dent, Tonya | Hughes | 2/11/2000 | 49.0 | 54.0 | 17.0 | |
| Donovan, Mike | Hart | 2/8/2000 | 23.0 | 36.0 | 22.0 | |
| Douyon, Sofia | Gabel | 3/9/2000 | 36.0 | 51.0 | 7.0 | |
| Douyon, Sofia | King | 3/23/2000 | 85.0 | 31.0 | 0.0 | Moved to Demand - 22 sec DAM |
| Grant, Mary | Conboy | 10/4/1999 | 27.0 | 36.0 | 7.0 | |
| Grant, Mary | Janeczko | 10/19/1999 | 26.0 | 33.0 | 13.0 | |
| Haas, Cathy | Cook | 11/10/1999 | 38.0 | 77.0 | 26.0 | |
| Homeus, Lynne | Scott | 10/11/1999 | 42.0 | 0.0 | 0.0 | 1st Test Contraindicated |
| Kaicharan, Gaitree | Johnson | 2/24/2000 | 60.0 | 70.0 | 14.0 | Moved to Demand - 23 sec DAM |
| Kalicharan, Gaitree | Margiasso | 3/21/2000 | 68.0 | 93.0 | 30.0 | |
| Kodumal, Rhaj | Rose | 11/15/1999 | 30.0 | 39.0 | 32.0 | |
| Latchmann, Kammy | Mitchell | 10/18/1999 | 50.0 | 33.0 | 20.0 | |

| Tech | Pt. Last Name | Test Date | DEMAND (Seconds) | MAGNET (Seconds) | DAM (Seconds) | Notes |
|---|---|---|---|---|---|---|
| Lazu, Luz | Stewart | 10/5/1999 | 57.0 | 52.0 | 0.0 | Moved to Demand - 20 sec DAM |
| Lazu, Luz | De Camp | 11/22/1999 | 22.0 | 44.0 | 0.0 | |
| Lazu, Luz | Alexander | 3/1/2000 | 86.0 | 60.0 | 0.0 | Moved to Demand - 52 sec DAM |
| Palas, Carlotta | Riddle | 11/15/1999 | 46.0 | 27.0 | 10.0 | |
| Palas, Carlotta | Burns | 2/25/2000 | 44.0 | 19.0 | 17.0 | |
| Randall, Sharda | Brenner | 10/14/1999 | 34.0 | 26.0 | 9.0 | |
| Randall, Sharda | Crosby | 3/22/2000 | 34.0 | 42.0 | 31.0 | |
| Sanchez, Carlos | Wilson | 10/18/1999 | 85.0 | 34.0 | 0.0 | Moved to Demand - 28 sec DAM |
| Sanchez, Carols | Crohn | 10/5/1999 | 27.0 | 81.0 | 17.0 | |
| Sanchez, Carlos | Perry | 2/28/2000 | 49.0 | 45.0 | 30.0 | |
| Schneider, Carol Ann | Fortin | 11/15/1999 | 29.0 | 52.0 | 27.0 | |
| Scott, Greta | Galbraith | 10/7/1999 | 34.0 | 36.0 | 0.0 | |
| Scott, Greta | Elben | 3/2/2000 | 14.0 | 33.0 | 23.0 | |
| Scott, Greta | Westerbeke | 3/22/2000 | 25.0 | 42.0 | 23.0 | |
| Singh, Mala | Borders | 10/14/1999 | 37.0 | 39.0 | 25.0 | |
| Singh, Mala | Toohey | 2/10/2000 | 108.0 | 76.0 | 0.0 | Moved to Demand - 30 sec DAM |
| Singh, Mala | Edenso | 2/15/2000 | 69.0 | 90.0 | 0.0 | Moved to Demand - 30 sec DAM |
| Stanley, Judy | Domegeaux | 11/15/1999 | 54.0 | 49.0 | 0.0 | Moved to Demand - 30 sec DAM |
| Thompson, Tonya | Malone | 2/23/2000 | 31.0 | 47.0 | 36.0 | |
| Tyler, Joe | Deffren | 2/28/2000 | 37.0 | 30.0 | 30.0 | |
| West, Chantay | Kretzschmar | 10/12/1999 | 42.0 | 31.0 | 19.0 | |
| West, Chantay | Contos | 3/1/2000 | 30.0 | 41.0 | 18.0 | |
| West, Chantay | Bargeron | 3/13/2000 | 34.0 | 37.0 | 14.0 | |
| West, Chantay | Moore | 3/14/2000 | 33.0 | 61.0 | 28.0 | |
| Yohananov, Rita | Robinson | 10/13/1999 | 46.0 | 84.0 | 0.0 | |
| Yohananov, Rita | Lombardi | 2/9/2000 | 35.0 | 30.0 | 0.0 | |
| Yohananov, Rita | Wilson | 2/14/2000 | 33.0 | 39.0 | 0.0 | |
| Yohananov, Rita | Millard | 3/1/2000 | 70.0 | 23.0 | 0.0 | Moved to Demand - 30 sec DAM |

| | | | |
|---|---|---|---|
| 30-30-30 | 13 | 18.57% | 18.57% |
| 28-28-28(PROTO) | 2 | 2.86% | 21.43% |
| CONTRAINDICTED | 3 | 4.29% | 25.71% |
| DAM IN MAGNET | 2 | 2.86% | 28.57% |
| DAM IN DEMAND | 8 | 11.43% | 40.00% |
| 30-30, DAM 20-30 | 8 | 11.43% | 51.43% |
| MAG 30 DEM & DAM 20-30 | 7 | 10.00% | 61.43% |
| DEM OR DAM 10-30 | 19 | 27.14% | 88.57% |
| NO DAM | 8 | 11.43% | 100.00% |

A-148