# Temple Beth Sholom

401 ROSLYN ROAD
ROSLYN HEIGHTS, NEW YORK 11577-2697
TEL: (516) 621-2288    FAX: (516) 621-0417

ALAN B. LUCAS
RABBI

Honorable Alfred V. Covello
Chief United States District Judge
450 Main Street
Hartford, CT 06103
October 28, 2005

I have been asked to write a character reference for John Canova.

As a rabbi of a 1000 family congregation I have been asked many times for such letters. I have mastered the art of saying nice things without saying anything at all when the occasion demands it. That is not what I intend to do in the case of John Canova. I know him and his family well and there are few people I can speak as passionately and confidently about as I can about them. They are committed, dedicated and integral members of our community. John is loved and respected and I am one of his biggest fans. I know him well, not only because he is a regular attendee on the Shabbat and holidays but because we have shared happy times, like the Bar Mitzvah of his son Billy and the Bat Mitzvah of his daughter Beth, and sad times like the death of his father and beloved brother Jimmy. And in the sharing of these good times and difficult times we have not only become close, but I have gained insight into the very special character and nature of this special human being. There is no one whom I know to whom family is more important than John Canova. His family adores him and depends on him. He is the rock upon which they depend and he has seen them through some very difficult times. All of us who know the Canova's have enormous respect for the love that binds this family together. They support each other and are there for each other and treat each other with enormous respect. In a day and age where that word: "respect" is in short supply - I cannot begin to tell you how his son and daughter respect and look up to John and how these young people are models of respect and the measure by which all of our young people could be measured. The quality and decency of this family is not an accident - it is the loving and careful product of the efforts, kindness and wisdom of John and Carolyn Canova.

The pain and embarrassment that this conviction has caused John is hard to overestimate. There is no one I know who values his reputation as a father and member



THE
UNITED
SYNAGOGUE OF
CONSERVATIVE
JUDAISM

## Temple Beth Sholom

401 ROSLYN ROAD
ROSLYN HEIGHTS, NEW YORK 11577-2697
TEL: (516) 621-2288   FAX: (516) 621-0417

ALAN B. LUCAS
RABBI

of our community than John. If there is such a concept as "time served" - I can tell you that the time he has served under the cloud of what this has meant to his good name and to his family is significant and substantial. My heart breaks to see someone I know to be so honest and upright feel the need to remake his reputation day by day.

If there is anything you can do to help bring to a close this unfortunate chapter in the life of John Canova, it will be a great act, not of compassion but of justice. Lessons have been learned and justice has been served. I hope you will agree that it is time to help this decent man have his life back, so he can do the job that is most important to him - that of father, husband and valued member of our community.

If there is anything I can do to provide you with further amplification of my convictions, I am at your service.

Respectfully,

Alan B. Lucas
Rabbi



THE
UNITED
SYNAGOGUE OF
CONSERVATIVE
JUDAISM