# NOTICE OF APPEAL
## United States District Court
## District of Connecticut

**UNITED STATES OF AMERICA**

**v.**                                        Docket No. **3:01CR-264(AVC)**

**JOHN CANOVA**                              Hon. Alfred V. Covello
                                             (District Court Judge)

Notice is hereby given that **the UNITED STATES OF AMERICA** appeals to the United States Court of Appeals for the Second Circuit from the judgment [_____], other [        ] _____
                                             (Specify)

entered in this action on **November 16, 2005**
                         (Date)
Offense occurred after November 1, 1987.        Yes _✔___        No _____

This appeal concerns: Conviction only _____        Sentence only __✔___        No ____

Date November 30, 2005                           **ERIC J. GLOVER**_____
                                                 (Counsel for Appellant)
TO
                                 Address   UNITED STATES ATTORNEY'S OFFICE
                                           157 CHURCH ST., 23RD FLOOR
                                           NEW HAVEN, CT 06510
_____ADD ADDITIONAL PAGE (IF NECESSARY)        Telephone 203-821-3700

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|

| ➤ QUESTIONNAIRE | ➤TRANSCRIPT ORDER - Form B | ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|---|

[___] I am ordering a transcript
[_✔] I am not ordering a transcript
   Reason
   [___] Daily copy is available
   [_✔] U. S. Attorney has placed order
   [___] Other: Attached explanation

Prepare transcript of                          Dates
[___] Prepare proceedings _____
[___] Trial _____
[___] Sentencing _____
[___] Post-trial proceedings _____

The attorney certified that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP10(b)).
Method of payment [        ] Funds [        ]        CJA Form 24 [        ]

| ATTORNEY'S SIGNATURE(Brian P. Leaming for Eric J. Glover) | DATE November 30, 2005 |
|---|---|

| ➤COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals |
|---|---|

| Date order received | Estimated complete date | | Estimated number of pages |
|---|---|---|---|
| | Date | Signature | |
| | | | ( Court Reporter) |

## DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U. S. District Court
2. Copy to U. S. Attorney's Office
3. Copy to Defendant's Attorney

4. U. S. Court of Appeals
5. Court Reporter (District Court)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 30th Day of November 2005,  a copy of the foregoing has been delivered by United States mail, first-class, postage pre-paid, to the following:


Paul Shechtman, Esq.
Stillman & Friedman
425 Park Ave.
New York, NY 10022


By:    Brian P. Leaming
        Assistant United States Attorney


For:    Eric J. Glover
       Assistant United States Attorney