# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | DISTRICT COURT: 3:01CR264(AVC) |
| | : | |
| JOHN CANOVA | : | JANUARY 10, 2006 |

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
| --- | --- | --- | --- |
| 01/01/01 | 1 | INDICTMENT | 1 |
| 09/25/02 | 50 | VERDICT | 2 |
| 03/18/03 | 65 | RULING | 3 |
| 04/07/03 | 70 | JUDGMENT | 4 |
| 04/23/03 | 71 | TRANSCRIPT | 5 |
| 09/30/05 | 81 | MANDATE OF U.S. COURT OF APPEALS | 6 |
| 10/27/05 | 83 | SENTENCING MEMORANDUM BY JOHN CANOVA | 7 |
| 11/02/05 | 84 | RESENTENCING MEMORANDUM BY U.S.A. | 8 |
| 11/07/05 | 85 | REPLY SENTENCING MEMORANDUM BY JOHN CANOVA | 9 |
| 11/16/05 | 87 | AMENDED JUDGMENT | 10 |

| 11/17/05 | 88 | TRANSCRIPT | 11 |
| --- | --- | --- | --- |
| 11/30/05 | 89 | NOTICE OF APPEAL | 12 |

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

By: DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct04786

For: ERIC J. GLOVER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct23923
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700
Fax: (203) 821-3745
eric.glover@usdoj.gov

## CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been sent by email and first class mail, postage prepaid, this 10TH day of January, 2006 to:

Paul Shechtman, Esq.
Michael J. Grudberg, Esq.
Stillman & Friedman, P.C.
425 Park Avenue
New York, N.Y. 10022
pshechtman@stillmanfriedman.com
Mgrudberg@stillmanfriedman.com


By: _____
     DEBORAH R. SLATER
     ASSISTANT UNITED STATES ATTORNEY


For:   ERIC J. GLOVER
        ASSISTANT UNITED STATES ATTORNEY