LAW OFFICES
# STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

PATIENCE JONES
KARIN KLAPPER ORENSTEIN
DIANA J. NEHRO
CAROLYN BARTH RENZIN
LARA M. SHALOV
PEGGY M. CROSS
EDWARD J. JOYCE
MARY MARGULIS-OHNUMA
GLEN KOPP

TELEPHONE
(212) 223-0200

FACSIMILE
(212) 223-1942

**VIA FEDEX**

May 11, 2006

Honorable Alfred V. Covello
Senior United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

Re:   United States v. Canova, No. 3:01 CR 264 (AVC)

Dear Judge Covello:

As the Court may know, the government has filed an appeal from the resentencing in the above-captioned case. I believe that it would be helpful for the Court of Appeals to have access not only to the Pre-Sentence Report but to its sentencing recommendation. Probation Officer Ray Lopez is willing to release the report and recommendation, but has requested a court order authorizing his doing so. The government (AUSA Eric Glover) has consented to the release of the report and recommendation. If that course is acceptable, the Court might simply endorse this letter.

I thank the Court for its attention to this matter.

Respectfully,

Paul Shechtman

PS:wr
cc:   AUSA Eric Glover
      Probation Officer Ray Lopez

*[Handwritten endorsement in left margin:]* Construed as a motion for disclosure of the presentence report and probation officer's recommendation, the motion is GRANTED. The probation officer is hereby authorized to make the requested disclosure. SO ORDERED. May 16, 2006. Alfred V. Covello