# UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT
### OFFICE OF THE CLERK
### UNITED STATES COURTHOUSE
### 450 MAIN STREET
### HARTFORD, CT 06103

**KEVIN F. ROWE**
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**LINDA I. KUNOFSKY**
DEPUTY-IN-CHARGE
HARTFORD

FILED

2007 FEB -1  A 11: 44

DISTRICT COURT
HARTFORD, CT.

January 23, 2007

Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY  10007

|  |  |  |
|---|---|---|
| Case No: | 3:01cr264(AVC) |
| Case Name: | USA v. John Canova |
| USCA: | 05-6439 |

Dear Clerk:

Forwarded herewith is the Supplemental Record on Appeal in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

Respectfully,

Kevin F. Rowe, Clerk

By:    Bonnie P. DOnofrio
       Deputy Clerk

Encl. **(SEALED PRESENTENCE INVESTIGATION REPORT)**

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _____    DATE: 1 -25- 07