CONN/NHct
01-CR-264
Covello

MANDATE

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 8th day of May, two thousand and seven.

Before:  Hon. Thomas J. Meskill,
         Hon. Jon O. Newman,
         Hon. Robert D. Sack,
                    *Circuit Judges.*

Docket No. 05-6439-cr

---

UNITED STATES OF AMERICA,

        *Appellant,*

   v.

JOHN CANOVA,

        *Defendant-Appellee.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is REMANDED for further proceedings in accordance with the opinion of this Court.

                              FOR THE COURT:
                              THOMAS W. ASREEN, Acting Clerk
                              by

                              Tracy W. Young
                              Motions Staff Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by Ralph ___
      DEPUTY CLERK

ISSUED AS MANDATE: 6-5-07