

**EXHIBIT A**











Case 3:01-cr-00264-AVC     Document 102-2     Filed 10/05/2007     Page 7 of 9





