# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 3:01CR264(AVC) |
| | : | |
| JOHN CANOVA | : | OCTOBER 9, 2007 |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The Government hereby respectfully moves to continue the sentencing in the above-captioned case scheduled for today at 2:30 p.m. for approximately one month.  In support thereof, the government states as follows:

1.  The Court of Appeals issued its decision in this case on May 8, 2007.  The mandate issued on June 5, 2007.

2.  This Court originally scheduled sentencing in this case on August 14, 2007. [Doc. #98, 7/19/07.]  The Court *sua sponte* subsequently re-scheduled the sentencing to October 9, 2007.

3.  By letter dated September 24, 2007, the defendant has moved this Court to depart downward on the basis of, among other things, United States v. Milikowsky, 65 F.3d 4, 9 (2d Cir. 1995), because he states that he "has assumed responsibility for the day-to-day operations of Miller Stuart, and the company's employees are dependent on him."  Def. Br. at 8.

4.  The government requests the continuance because it needs additional time to investigate and assess the factual basis that the defendant has proffered in support of the Milikowsky departure.  It is the government's position that given the fact that the mandate in this case issued over four months ago, it is unfair to expect the government to be able to respond to the factual assertions in the defendant's Milikowsky departure in little more than a week.

5.  The government therefore requests that the Court continue the sentencing for approximately one month in order to provide the government with sufficient time to investigate and potentially provide additional information relating to the factual basis for the departure the defendant seeks.

### Conclusion

For the foregoing reasons, the government respectfully requests that the sentencing in this case be continued for approximately one month.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

BY:    BRIAN P. LEAMING
       ASSISTANT UNITED STATES ATTORNEY
       Federal Bar No. ct16075


FOR:   ERIC J. GLOVER
       ASSISTANT UNITED STATES ATTORNEY
       Federal Bar No. ct23923
       157 Church Street
       New Haven, Connecticut 06510
       (203) 821-3700
       Fax: (203) 821-3745
       eric.glover@usdoj.gov

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the foregoing has been sent by email and first class mail, postage prepaid, this 9th day of October, 2007 to:

Paul Shechtman, Esq.
Michael J. Grudberg, Esq.
Stillman & Friedman, P.C.
425 Park Avenue
New York, N.Y. 10022
pshechtman@stillmanfriedman.com
Mgrudberg@stillmanfriedman.com

Raymond Lopez
Senior U.S. Probation Office
915 Lafayette Blvd.
Bridgeport, CT 06604


                          BY:    BRIAN P. LEAMING
                                 ASSISTANT UNITED STATES ATTORNEY

                          FOR:   ERIC J. GLOVER
                                 ASSISTANT UNITED STATES ATTORNEY