# UNITED STATES DISTRICT COURT

DISTRICT OF _____

United States District Court
District of Connecticut
FILED AT HARTFORD
10/24/07
Roger D. Tabor, Clerk
Dept — By _____
Deputy Clerk

USA

V.

John Canova

## EXHIBIT AND WITNESS LIST

Case Number: 01CR264

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| AVC | Eric Glover / Schroeder | Sheghtman / Gruelberg |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 10/24/07 | John Brandon | Basile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ |  |  |  | John Canova — Sworn |
|  | ✓ |  |  |  | Arthur Heffer — Sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages