# UNITED STATES DISTRICT COURT

United States District Court
District of Connecticut
FILED AT HARTFORD

10/24/07

Clerk

DISTRICT OF _____

USA

Gov't

## EXHIBIT AND WITNESS LIST

v.

John Cancela

Case Number: 01CR264

| PRESIDING JUDGE AVC | | PLAINTIFF'S ATTORNEY Glover/Schneider | | DEFENDANT'S ATTORNEY Shaghtnein/Grudberg | |
|---|---|---|---|---|---|
| TRIAL DATE (S) 10/24/07 | | COURT REPORTER John Brandon | | COURTROOM DEPUTY Brisile | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | Sean Murphy — Sworn |
| | | | | | |
| 1 | | 10/24 | | | Payroll Sheet of Heffer |
| 2 | | 10/24 | | | Chart |
| 3 | | " | | | Job Description |
| 4 | | " | | | Virginia Barton letter |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.