UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | 3:01 CR 264 (AVC) |
| JOHN CANOVA : | NOVEMBER 21, 2007 |
| : | |

## CONSENT MOTION TO AMEND JUDGMENT

Defendant John Canova, by and through his attorneys, Stillman, Friedman & Shechtman, P.C., respectfully moves this Court for an Order pursuant to Fed. R. Crim. P. 36 making a clerical amendment to the Judgment in this matter, as follows:

1. This matter came on for resentencing on October 24, 2007. The Court imposed a sentence of 5 months imprisonment (with a recommendation that the term of imprisonment be served in a halfway house), supervised release of 3 years to include 5 months home detention, a fine of $3,000 and a special assessment of $400. The sentence was reflected in the Judgment filed October 31, 2007.

2. At the close of the resentencing hearing, in response to the inquiry of counsel, the Court clarified that it was not requiring that Mr. Canova's interval of home detention include electronic monitoring.

3. We have been advised by the Probation Office that because the matter will be transferred to the Eastern District of New York (Mr. Canova's district of residence) it would be best to have the Judgment reflect the Court's statement that electronic monitoring is not required. We therefore move under Rule 36 to add such an indication to the Judgment.

4. The government, by AUSA Eric Glover, has advised that it does not oppose Mr. Canova's request.

5. This is Mr. Canova's first application for the instant relief.

WHEREFORE, defendant respectfully requests that the Court enter an Order amending the Judgment to reflect the Court's directive that Mr. Canova's period of home detention does not include a condition of electronic monitoring.

Respectfully submitted,

STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

By: /s/ Michael J. Grudberg
Michael J. Grudberg (CT23165)
mgrudberg@stillmanfriedman.com

Attorneys for Defendant
425 Park Avenue
New York, New York 10022
(212) 223-0200 (tel.)
(212) 223-1942 (fax)

## CERTIFICATION

      I hereby certify that a copy of this Consent Motion to Amend Judgment was sent via first class mail on November 21, 2007 to:

Eric Glover, Esq.
Assistant United States Attorney
157 Church Street
New Haven, CT 06510

_____
Michael J. Grudberg