UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 3:01 CR 264 (AVC) |
| v. | : | NOVEMBER 21, 2007 |
| JOHN CANOVA | : | |

## CONSENT MOTION TO AMEND JUDGMENT

Defendant John Canova, by and through his attorneys, Stillman, Friedman & Shechtman, P.C., respectfully moves this Court for an Order pursuant to Fed. R. Crim. P. 36 making a clerical amendment to the Judgment in this matter, as follows:

1. This matter came on for resentencing on October 24, 2007. The Court imposed a sentence of 5 months imprisonment (with a recommendation that the term of imprisonment be served in a halfway house), supervised release of 3 years to include 5 months home detention, a fine of $3,000 and a special assessment of $400. The sentence was reflected in the Judgment filed October 31, 2007.

2. At the close of the resentencing hearing, in response to the inquiry of counsel, the Court clarified that it was not requiring that Mr. Canova's interval of home detention include electronic monitoring.

3. We have been advised by the Probation Office that because the matter will be transferred to the Eastern District of New York (Mr. Canova's district of residence) it would

11/21/07. GRANTED. The judgment shall be amended to reflect the fact that the defendant's home detention shall be without electronic monitoring.

Alfred V. Covello, U.S.D.J.