UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:01 CR 264 (AVC) |
| JOHN CANOVA | : JANUARY 3, 2008 |
| | : |

## CONSENT MOTION TO EXTEND SURRENDER DATE

Defendant John Canova, by and through his attorneys, Stillman, Friedman & Shechtman, P.C., respectfully moves this Court for an Order extending his time to make voluntary surrender to the custody of the Bureau of Prisons ("BOP"), as follows:

1. The Court sentenced Mr. Canova, on October 24, 2007, to a term of 10 months, comprised of 5 months' imprisonment (with a recommendation that it be served in a half-way house) and 5 months' home confinement during his subsequent supervised release. As reflected in the October 31, 2007 Judgment, the Court directed Mr. Canova to surrender at the institution designated by the BOP by January 7, 2008.

2. Mr. Canova now moves the Court for an Order extending his surrender date by two weeks. The basis for the request is that the BOP has not yet designated the facility at which Mr. Canova is to serve his period of confinement.

3. I am advised by Joel Sickler of Justice Advocacy Group, P.C., this firm's consultant on BOP placements, that the BOP's Designation and Sentence Computation Center in Grand Prairie, Texas has yet to designate Mr. Canova, owing to backlog issues, as well as an apparent inadvertent delay in the transmission of Mr. Canova's presentence report in electronic form. Although Mr. Sickler has been told that designation prior to January 7 may still be

possible, he has advised me that BOP Texas staff, and Gary Dorsey of the U.S. Marshals Service in this district, have suggested that the prudent course would be to seek a short extension of the surrender date to ensure the designation will be timely completed. I have spoken with Mr. Dorsey today to confirm that recommendation. Accordingly, we respectfully request an extension of two weeks, to January 21, 2008, which interval Mr. Sickler advises will be sufficient for BOP staff.

4.  The government, by AUSA Eric Glover, has advised that it does not oppose Mr. Canova's request.

5.  This is Mr. Canova's first application for the instant relief.

WHEREFORE, defendant respectfully requests that the Court enter an Order extending the date by which he must surrender to the custody of the BOP to January 21, 2008.

Respectfully submitted,

STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

By: _____
Michael J. Grudberg (CT23165)
mgrudberg@stillmanfriedman.com

Attorneys for Defendant
425 Park Avenue
New York, New York 10022
(212) 223-0200 (tel.)
(212) 223-1942 (fax)

## CERTIFICATION

      I hereby certify that a copy of this Consent Motion to Extend Surrender Date was sent via first class mail and electronic mail on January 3, 2008 to:

    Eric Glover, Esq.
    Assistant United States Attorney
    157 Church Street
    New Haven, CT 06510

                                                _____
                                                      Michael J. Grudberg