UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    3:01 CR 264 (AVC) |
| v. | |
| | :    JANUARY 3, 2008 |
| JOHN CANOVA | |
| | : |

**CONSENT MOTION TO EXTEND SURRENDER DATE**

      Defendant John Canova, by and through his attorneys, Stillman, Friedman & Shechtman, P.C., respectfully moves this Court for an Order extending his time to make voluntary surrender to the custody of the Bureau of Prisons ("BOP"), as follows:

      1.     The Court sentenced Mr. Canova, on October 24, 2007, to a term of 10 months, comprised of 5 months' imprisonment (with a recommendation that it be served in a half-way house) and 5 months' home confinement during his subsequent supervised release. As reflected in the October 31, 2007 Judgment, the Court directed Mr. Canova to surrender at the institution designated by the BOP by January 7, 2008.

      2.     Mr. Canova now moves the Court for an Order extending his surrender date by two weeks. The basis for the request is that the BOP has not yet designated the facility at which Mr. Canova is to serve his period of confinement.

      3.     I am advised by Joel Sickler of Justice Advocacy Group, P.C., this firm's

```
3:01CR0264(AVC) January    4   , 2008.  The motion is GRANTED.  The time for the
defendant, John Canova, to voluntarily surrender to the custody of the Bureau of
Prisons is extended to and including January 21, 2008.
SO ORDERED.
```

Alfred V. Covello, U.S.D.J.