UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 3:01 CR 264 (AVC) |
| v. | : | JANUARY 18, 2008 |
| JOHN CANOVA | : | |

## CONSENT MOTION TO FURTHER EXTEND SURRENDER DATE

Defendant John Canova, by and through his attorneys, Stillman, Friedman & Shechtman, P.C., respectfully moves this Court for an Order further extending his time to make voluntary surrender to the custody of the Bureau of Prisons ("BOP"), as follows:

1. The Court sentenced Mr. Canova, on October 24, 2007, to a term of 10 months, comprised of 5 months' imprisonment (with a recommendation that it be served in a half-way house) and 5 months' home confinement during his subsequent supervised release. As reflected in the October 31, 2007 Judgment, the Court directed Mr. Canova to surrender at the institution designated by the BOP by January 7, 2008. By Order dated January 4, 2008, the Court granted Mr. Canova's consent motion for an extension of his surrender date to and including January 21, 2008, so that the BOP could have more time to process his designation.

2. I was informed yesterday by Mr. Joel Sickler of Justice Advocacy Group, P.C., my contact with the BOP, that the staff of the Designation and Sentence Computation Center in Texas has advised the Marshals Service that they will need additional time to find a placement in a halfway house. The DSCC has requested that we seek an additional three-week extension, to Monday, February 11, 2008.

3.  The government, by AUSA Eric Glover, has advised that it does not oppose Mr. Canova's request.

4.  This is Mr. Canova's second application for an enlargement of his time to surrender. As noted above, the Court previously granted a two-week extension.

WHEREFORE, defendant respectfully requests that the Court enter an Order extending the date by which he must surrender to the custody of the BOP to February 11, 2008.

Respectfully submitted,

STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

By: *[signature]*
Michael J. Grudberg (CT23165)
mgrudberg@stillmanfriedman.com

Attorneys for Defendant
425 Park Avenue
New York, New York 10022
(212) 223-0200 (tel.)
(212) 223-1942 (fax)

## CERTIFICATION

I hereby certify that a copy of this Consent Motion to Extend Surrender Date was sent via first class mail and electronic mail on January 18, 2008 to:

Eric Glover, Esq.
Assistant United States Attorney
157 Church Street
New Haven, CT 06510

Michael J. Grudberg