UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 3:01 CR 264 (AVC) |
| v. | : | JANUARY 18, 2008 |
| JOHN CANOVA | : | |

## CONSENT MOTION TO FURTHER EXTEND SURRENDER DATE

Defendant John Canova, by and through his attorneys, Stillman, Friedman & Shechtman, P.C., respectfully moves this Court for an Order further extending his time to make voluntary surrender to the custody of the Bureau of Prisons ("BOP"), as follows:

1. The Court sentenced Mr. Canova, on October 24, 2007, to a term of 10 months, comprised of 5 months' imprisonment (with a recommendation that it be served in a half-way house) and 5 months' home confinement during his subsequent supervised release. As reflected in the October 31, 2007 Judgment, the Court directed Mr. Canova to surrender at the institution designated by the BOP by January 7, 2008. By Order dated January 4, 2008, the Court granted Mr. Canova's consent motion for an extension of his surrender date to and including January 21, 2008, so that the BOP could have more time to process his designation.

2. I was informed yesterday by Mr. Joel Sickler of Justice Advocacy Group, P.C., my contact with the BOP, that the staff of the Designation and Sentence Computation

3:01CR0264(AVC) January 22, 2008. The motion is GRANTED. The time for the defendant, John Canova, to voluntarily surrender to the custody of the Bureau of Prisons is extended to and including February 11, 2008.
SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.