UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:01 CR 264 (AVC) |
| JOHN CANOVA | : FEBRUARY 11, 2008 |
| | : |

## EMERGENCY MOTION TO EXTEND SURRENDER DATE

Defendant John Canova, by and through his attorneys, Stillman, Friedman & Shechtman, P.C., respectfully moves this Court for a third Order extending his time to make voluntary surrender to the custody of the Bureau of Prisons ("BOP"), as follows:

1. The Court sentenced Mr. Canova, on October 24, 2007, to a term of 10 months, comprised of 5 months' imprisonment (with a recommendation that it be served in a half-way house) and 5 months' home confinement during his subsequent supervised release. As reflected in the October 31, 2007 Judgment, the Court directed Mr. Canova to surrender at the institution designated by the BOP by January 7, 2008. By Order dated January 4, 2008, the Court granted Mr. Canova's consent motion for an extension of his surrender date to and including January 21, 2008, so that the BOP could have more time to process his designation. By Order dated January 22, 2008, the Court granted a similar extension to February 11, 2008.

2. On Friday, February 8, I contacted the Court's staff to report that the BOP had not advised of a designated facility, and that I would therefore be making a motion for an

3:01CR0264(AVC) February 11, 2008. The motion is GRANTED. The time for the defendant, John Canova, to voluntarily surrender to the custody of the Bureau of Prisons is extended to and including February 25, 2008.
SO ORDERED.

Alfred V. Covello, U.S.D.J.