UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 3:01 CR 264 (AVC) |
| v. | : | JANUARY 25, 2010 |
| JOHN CANOVA | : | |

## CONSENT MOTION TO MODIFY SUPERVISED RELEASE TERM

Defendant John Canova, by and through his attorneys, Stillman, Friedman & Shechtman, P.C., respectfully moves this Court on consent of the government for an Order modifying his term of supervised release under his Judgment of Conviction to terminate as of July 23, 2010, and in support thereof states as follows:

1.  Mr. Canova was sentenced by the Court

---

```
3:01CR264(AVC) January 27, 2010.  The defendant's motion to
modify the conditions of his supervised release is GRANTED.  Upon
consideration of the factors set forth in 18 U.S.C. § 3553(a),
and as the government and the probation department consent to the
defendant's requested modification, the court concludes that such
modification "is warranted by the conduct of the defendant . . .
and the interest of justice."  18 U.S.C. § 3583(e)(1).  The
defendant's term of supervised release shall terminate as of July
23, 2010.  SO ORDERED.
```

/s/ Alfred V. Covello, USDJ

Alfred V. Covello, U.S.D.J.